Report ID: GHSPayrollEmpEarns
Company     GCL Guthrie Clinic Ltd.
GC616822    Streeter, Stacey

PeopleSoft
EMPLOYEE EARNINGS RECORD

Page No.    5
Run Date    07/22/2008
Run Time    14:50:48

| P/E Date Dept. ID | Check# \FormID | <---- REGULAR ----> Hours Earnings | <---- OVERTIME ----> Hours Earnings | <------- OTHER -------> Type Hours Earnings | Gross Pay | <---- Federal ---> Taxes Type | <--- State/Loc ---> Taxes Type | Deductions Code | Net Pay Check Date |
|---|---|---|---|---|---|---|---|---|---|
| 05/31/08 91790000 | CHECK 0250145 | | | FXM      40.50    12.50<br>FTD       0.50    28.35<br>OTF               3.10<br>REG      40.50   474.26<br>FTD      36.00    25.20<br>HOL       8.00    93.68<br>REG      28.00   327.88 | 977.47 | 60.10 OASDI<br>14.06 MEDI<br>54.84 FWT | 10.00 NYSWT<br>29.76 PASWT<br>0.58 PAUI<br>9.69 SAYRE | 8.00 11-DENT<br>2.25 21-LIFE3X<br>0.91 2X-CLCHLI | 787.28<br>06/06/2008 |
| 06/14/08 91790000 | CHECK 0251098 | | | FXM      20.50    12.50<br>FTD              14.35<br>REG      20.50   240.06<br>FTD      39.00    27.30<br>REG      39.00   456.69 | 763.40 | 46.84 OASDI<br>10.95 MEDI<br>24.96 FWT | 10.00 NYSWT<br>23.19 PASWT<br>0.44 PAUI<br>7.55 SAYRE | 8.00 11-DENT<br>2.25 21-LIFE3X<br>0.91 2X-CLCHLI | 628.31<br>06/20/2008 |
| 06/28/08 91790000 | CHECK 0252041 | | | FXM              12.50<br>FTD              12.50<br>REG      40.00    28.00<br>FTD      40.00   468.40<br>GCS      11.00   128.81<br>REG      29.00   339.59 | 1,017.80 | 62.61 OASDI<br>14.64 MEDI<br>60.89 FWT | 10.00 NYSWT<br>31.00 PASWT<br>0.59 PAUI<br>10.10 SAYRE | 8.00 11-DENT<br>2.25 21-LIFE3X<br>0.91 2X-CLCHLI | 816.81<br>07/03/2008 |
| 07/12/08 91790000 | CHECK 0252978 | | | FXM       8.00    12.50<br>FTD       8.00     5.60<br>REG      31.00    93.68<br>FTD      23.00    21.70<br>HOL       8.00    97.60<br>REG      23.00   280.60<br>FTD      39.80    27.86<br>GCV      15.80   192.76<br>REG      24.00   292.80 | 1,037.60 | 63.83 OASDI<br>14.93 MEDI<br>63.86 FWT | 10.00 NYSWT<br>31.61 PASWT<br>0.61 PAUI<br>10.30 SAYRE | 8.00 11-DENT<br>2.34 21-LIFE3X<br>0.91 2X-CLCHLI | 831.27<br>07/18/2008 |

Case 2-08-21954-JCN    Doc 3    Filed 08/01/08    Entered 08/01/08 15:04:12    Desc Main
Document    Page 1 of 1